NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JODY KULLING,                                    )
                                                 )
                    Appellant,                    )
                                                 )
v.                                               )        Case No. 2D17-416
                                                 )
STATE OF FLORIDA,                                )
                                                 )
                    Appellee.                     )
_____)

Opinion filed April 20, 2018.

Appeal from the Circuit Court for Lee
County; Joseph C. Fuller, Jr., Judge.

Howard L. Dimmig, II, Public Defender, and
Kevin Briggs, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and John M. Klawikofsky,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


                    Affirmed.


KHOUZAM, LUCAS, and SALARIO, JJ., Concur.